UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE SEED CAMEL,<br><br>    Plaintiff,<br><br>    v.<br><br>B. BRANDON; ACCOMPLICE; and PUBLIC OFFICIAL,<br><br>    Defendants. | No. 2:19-cv-01483 KJM AC (PS)<br><br>ORDER |

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

    On August 29, 2019, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 5. Plaintiff has not filed objections to the findings and recommendations.

    The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate]

/////

1

court . . . ."). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

    1. The findings and recommendations filed August 29, 2019, are adopted in full.

    2. The complaint (ECF No. 1) is DISMISSED with prejudice because it fails to state a claim upon which relief can be granted.

    3. Leave to amend is DENIED as futile.

    4. The clerk of court is directed to close this case.

DATED: October 1, 2019.

_____
UNITED STATES DISTRICT JUDGE