UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMIE SEED CAMEL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. BRANDON, et al.,<br><br>　　　　Defendants. | No. 2:19-cv-01483 KJM AC<br><br><br>ORDER |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On February 11, 2021, plaintiff filed a document styled as a motion to show cause. ECF No. 8. Plaintiff's case was closed on October 2, 2019. ECF No. 7. Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings. The court construes plaintiff's filing at ECF No. 8 as a motion and DENIES the motion as improperly filed in a closed case.

DATED: February 12, 2021

　　　　　　　　　　　　　　　　　/s/ Allison Claire
　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1